UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA DE LEON,<br><br>        Plaintiff,<br><br>   v.<br><br>OPERATING ENGINEERS FEDERAL CREDIT UNION,<br><br>        Defendant. | Case No. 24-cv-03326-EKL<br><br>**ORDER TO SHOW CAUSE** |

On June 3, 2024, Plaintiff filed the complaint in this case. *See* ECF No. 1. Under Federal Rule of Civil Procedure 4(m), Plaintiff had 90 days from the date the complaint was filed to serve the Defendant. That period expired on September 3, 2024. As of the date of this Order, Plaintiff has failed to file proof of service for Defendant Operating Engineers Federal Credit Union. Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than September 26, 2024, why her claims should not be dismissed without prejudice for lack of timely service and failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 5, 2024

_____
Eumi K. Lee
United States District Judge