United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA DE LEON,<br><br>        Plaintiff,<br><br>    v.<br><br>OPERATING ENGINEERS FEDERAL CREDIT UNION,<br><br>        Defendant. | Case No. 24-cv-03326-EKL<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 10 |

Plaintiff filed the complaint in this case on June 3, 2024. *See* ECF No. 1. Plaintiff was required to serve Defendant Operating Engineers Federal Credit Union within 90 days—that is, by September 3, 2024. Fed. R. Civ. P. 4(m). Plaintiff failed to do so. The Court ordered Plaintiff to show cause by September 26, 2024, why her claims should not be dismissed without prejudice for lack of timely service. ECF No. 10.

Plaintiff did not respond to the Order to Show Cause. Plaintiff also ignored several notices filed by the Clerk of Court, ECF Nos. 3-5, and an order to file a case management statement, ECF No. 9. Given her non-responsiveness, Plaintiff has not shown good cause for her failure to serve the Defendant.

Accordingly, this case is DISMISSED WITHOUT PREJUDICE for lack of timely service pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: September 27, 2024

Eumi K. Lee
United States District Judge